RICHARDSON v. GEORGIA AND FLORIDA RAILWAY.

FISH, C. J. The court did not err in sustaining a general demurrer to the petition.　　Judgment affirmed. All the Justices concur.
DECEMBER 11, 1912.

Action for damages. Before Judge Thomas. Berrien superior court. September 21, 1911.

Hendricks & Christian, for plaintiff.

W. H. Barrett, J. W. Quincey, and J. P. Knight, for defendant.